**Affidavit**

I, Casey T Carty, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Cleveland Division, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since April 2004, and am currently assigned to the FBI's Cleveland Division. While employed by the FBI, I have conducted investigations of numerous federal criminal offenses including white collar crimes, crimes against children, violent crimes and narcotics offenses. I have gained experience through training at the FBI Academy and everyday work related to these types of investigations.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

3. This affidavit is being submitted for the limited purpose of establishing probable cause that Gavin T. Head, age 53, of Thomasville, NC has violated Title 18 United States Code Section 2423(b) [interstate travel with intent to engage in illicit sexual conduct]. The statements contained in this affidavit are derived from information provided to me by members of the Elyria Police Department (EPD), the Davidson County (North Carolina) Sheriff's Office (DCSO), as well as my own investigation of this matter. This affidavit does not include every fact known to me regarding this investigation, but will seek to summarize relevant information.

**Probable Cause**

4. On January 29, 2021, patrol officers with the Elyria Police Department (EPD) were detailed to a residence in Elyria on a report of a 15 year old juvenile (hereinafter Juvenile Victim #1, or "JV-1") who had attempted suicide. Upon arriving, officers learned that JV-1 had been transported to a local emergency room for treatment. JV-1 survived this suicide attempt.

5. Later that evening, officers were again dispatched to JV-1's residence to speak with the child's mother (hereinafter, Witness #1 or "W-1"). Officers learned from W-1 that JV-1 had been in contact via social media and the Kik messaging application with Gavin Head, a registered sex offender from North Carolina. JV-1 disclosed to W-1 that she had been in daily contact with Head but had grown uncomfortable with the relationship. JV-1 blocked Head from Kik however he created a new account with which he began threatening her and demanding nude photographs. W-1 did not believe JV-1 had sent nudes, however she was unable to access JV-1's cell phone to confirm. W-1 turned over JV-1's cellular phone and tablet computer, along with the passcodes needed to access the devices to EPD for investigation.

6. A review of JV-1's cellular phone conducted by EPD Detectives confirmed that JV-1 did use the text messaging applications Kik and Discord. In early March 2021, Detectives also learned from W-1 that JV-1 had disclosed that Head had, in fact, travelled to Lorain County from North Carolina during the summer of 2020. JV-1 further disclosed that Head and his wife (later identified as Taylor Head) had picked JV-1 up at an Elyria recreation center near JV-1's residence and driven to the Motel 6 in North Ridgeville, OH. While at the Motel 6, Head touched JV-1 inappropriately, Taylor Head was in the motel room during this encounter.

7. Detectives visited the Motel 6 and spoke with an employee at the motel. Detectives obtained records from Motel 6 related to Head's stay at the motel during the summer of 2020. I have reviewed the records provided by the motel and learned that Gavin Head and one other adult stayed at the Motel 6 located at 32751 Lorain Road in North Ridgeville, OH from July 31, 2020 through August 3, 2020. The motel's records identified Head as coming

   from North Carolina, with a birthday of December 6.  From my involvement in this investigation, I have learned that Head's date of birth is, in fact, December 6, 19XX.

8. On March 8, 2021 JV-1 was forensically interviewed at the Nord Center in Lorain, OH.  I have reviewed a recording of this interview.  During the interview, JV-1 disclosed the following information:

9. Between August and October 2019, JV-1 and Head met in a group chat on Kik.  Head asked JV-1 how old she was and she recalled telling him she was either 13 or 14. JV-1 and Head communicated via Kik for a couple of days and Head asked JV-1 to send him photos of herself.  JV-1 did send photos, and Head posted them to the group chat.  Head told JV-1 he was looking for a "little", and JV-1 told him she was looking for a "daddy", Head told her to call him "daddy".  JV-1 described these terms as being part of an "age play relationship". Head and JV-1 began sharing online video "sessions" in which Head would send JV-1 videos of he and his wife having sex, and JV-1 would send Head videos of her touching herself. JV-1 estimated having from 5-10 of these "sessions".  Head also sent JV-1 videos of him touching himself and told her he couldn't wait to have sex with her.

10. During the late summer of 2020, Head and his wife did travel to Elyria to meet JV-1.  JV-1 provided Head with the address of the North Recreation Center in Elyria, so Head picked her up there in a grey car and drove her to a Motel 6. While at the Motel 6, Head digitally penetrated JV-1's vagina and engaged in oral-genital sexual intercourse with her.  As this was occurring, Head's wife lay beside JV-1 on the bed giving what JV-1 described as a "bear hug", while she kissed JV-1 several times. JV-1 refused to have genital-genital sexual intercourse with Head, causing Head to become upset, so Head had sex with his wife while JV-1 sat nearby in the room. Not long after, Head drove JV-1 back to the North Recreation Center, and she returned home.

11. Head told JV-1 he was from North Carolina and that he was not supposed to leave the state. Head further told JV-1 the reason he was upset with her was that he risked his probation to travel to Ohio to have sex with her, only to have her refuse. From my involvement in this investigation, I have learned that Head was on probation during the summer of 2020, having been convicted on or about February 25, 2020 for sexual exploitation of a minor in the second degree, in violation of North Carolina General Statute 14-190-17, a Class E felony.

12. EPD Detectives obtained records, including cell site data, associated with Head's AT&T cellular phone. I have reviewed the data and found that it corroborated Head's travel from Thomasville, NC to Elyria, OH during the July 31 – August 3, 2020 time period. The records show that on July 31, 2020 at approximately 6:00 p.m. EST, Head's phone utilized a cell tower in Thomasville, NC. By 12:15 p.m. EST on August 1, 2020, his phone was using a cell tower in North Ridgeville, OH, very near to the Motel 6. At approximately 4:30 p.m. EST on August 1, Head's phone utilized a cellular tower in Elyria located approximately 1.5 miles from JV-1's residence. Head's phone utilized cell towers throughout Lorain County on August 2 and August 3, and by August 4 at approximately 6:15 p.m. EST, it was once again using a tower in Thomasville, NC.

13. On March 11, 2021 Davidson County (North Carolina) Sheriff's Office (DCSO) personnel executed a search warrant at Head's residence, 6978 E. Holly Grove Road, Thomasville, NC. The warrant authorized a search of the residence for evidence related to the sexual exploitation of a minor, to include the seizure and search of cellular phones, digital storage media and other electronic devices. Head and his wife, Taylor Head, were arrested on state charges of sexual exploitation of a minor by DCSO officers. During the search of their residence, several items of digital evidence were seized, including cellular phones used by both Gavin and Taylor Head.

14. DCSO conducted digital forensic extractions of the contents of (3) cellular phones as well as (2) secure digital memory cards (SD cards) located within two of the phones, and (2) tablet computers seized from the residence using the Cellebrite digital forensic tool. The results of the Cellebrite extractions were compiled into reports, and DCSO provided me with copies of these reports for review. I have reviewed the reports and found evidence which corroborated information provided by JV-1.

15. In my review of the Cellebrite report related to a Samsung phone identified as belonging to Gavin Head, I observed numerous pornographic videos and still images involving girls ranging in age from 13 to 15 years old. In multiple videos, the girls can be heard speaking in a sexual manner to "daddy" while engaging in sex acts. Data presented in the report indicates the videos were received on the phone via the Kik messaging application. I believe this information corroborates Gavin Head's sexual interest in teenage girls, and in particular his interest in "age play relationships", as reported by JV-1. The information also confirms Head's reported use of Kik.

16. Among the still images located on Head's phone, I also observed several images which appear to be screen grabs capturing the video "sessions" described by JV-1 in Paragraph 9. One such image (file name: Screenshot_20210304-020734_Skype.jpg) is a close-up of the vagina of a prepubescent female. In the upper right corner of the image is a small screen capture of Gavin Head's face and chest. Another such image (file name: Screenshot_20210304-162418_Skype.jpg) is that of a female, approximately 14-15 years of age, lifting her shirt to expose her bare breasts in a provocative manner. In the upper right corner of the frame is another screen capture of Gavin Head's face. Head appears to be puckering his lips in response to the girl's gesture. A third such image (file name: Screenshot_20210123-001954_Snapchat.jpg) is that of a female of approximately 14 years

old wearing only a bra and shorts. At the bottom of the frame is a small screen capture of Gavin Head's face. This image is followed by a number of others which appear to capture the same "session". These successive images capture only a close-up of a vagina as the main image, while at the bottom of the frame is a screen grab of a penis.

17. In my review of the Cellebrite report related to an LG phone and associated SD card which appeared to have been used by both Gavin and Taylor Head, I located numerous pornographic videos and still images of teenage girls, including many of JV-1. Multiple still images and videos appear to capture the "sessions" which JV-1 described. One such video (file name: 20200816_134017.mp4) is a clip of a "session" in which a male who appears to be Head is engaged in sexual activity while he asks JV-1 if she would like to "lick this cum off daddy…off mommy?". Another video (file name: 20200803_181829.mp4) shows JV-1 removing her top and bra in front of a camera. This file shows the video playing on one cellular phone, while a male films the video as it plays on the phone, apparently with another phone. The recording captures not only JV-1 on the video, but also the voices of a male and female as the male films. The female appears to be driving a car as the male records JV-1 while sitting in the passenger seat.

18. At the time of the execution of the search warrant at Head's residence, DCSO personnel interviewed Taylor Head. This interview was audio and video recorded, and a copy of the recording was provided to me by DCSO for review. I have reviewed the recording and found that Taylor Head provided extensive corroboration of the information initially reported by JV-1. In summary, Taylor provided a detailed description of Gavin's and her travel to Ohio in late July – early August of 2020. Taylor admitted to riding with Gavin when he picked up JV-1 and taking her to their motel room. Taylor described sitting on the bed while Gavin rubbed

JV-1's vagina. Taylor confirmed that Gavin and JV-1 did not have genital-genital intercourse however she and Gavin did have intercourse while JV-1 sat nearby in the motel room.

### Conclusion

19. Based on the preceding, I believe that probable cause exists which indicates that Gavin T. Head, age 53, of Thomasville, NC has violated Title 18 United States Code Section 2423(b) [interstate travel with intent to engage in illicit sexual conduct].

_____
Casey T. Carty
Special Agent
Federal Bureau of Investigation

_____
Jonathan D. Greenberg
United States Magistrate Judge

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per Crim. R. 41(d)(3) this 19th day of November 2021.